IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| KRUNAL RHAMABHAI PATEL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 4:17-cv-0341-KOB-JEO |
| JEFF SESSIONS, Attorney General of the United States, et al., | ) ) ) | |
| | ) | |
| Respondents. | ) | |

## **MEMORANDUM OPINION**

This is a habeas corpus action under 28 U.S.C. § 2241, filed by Petitioner Krunal Ramabhai Patel, *pro se*. Petitioner challenges the legality of his detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. (*See* Doc. 1). Respondents have now moved to dismiss the action as moot, on the ground that Petitioner has been removed from the United States. (Doc. 6).

Respondents' motion is supported by a declaration by a Supervisory Detention and Deportation Officer who states that Petitioner was removed to his native country of India on April 18, 2017. (Doc. 6-1). As a result, Petitioner's habeas corpus claim for release under an order of supervision or for repatriation is moot because the court can no longer provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913

(11th Cir. 2003). Respondents' motion is due to be granted and this action is due to be dismissed.

The court will enter a separate Final Order.

DONE and ORDERED this 24th day of April, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE